UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K.M._____,

        Plaintiff,

      v.

Uber Technologies, Inc.,_____,

        Defendant.

Case No. 3:25-cv-07881_____

**MOTION TO SUBSTITUTE
LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) K.M._____, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Megan Schmidt, Rubenstein Law P.A. AND Lisa Fletcher, Berg Injury Lawyers

Name(s) of counsel withdrawing from representation and firm name:

Miriam Fresco Agrait, Amanda Demanda Law

Date: 1/22/2026_____

**~~[PROPOSED]~~ ORDER**

    The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: February 24, 2026_____    _____

                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California